# MEMORANDUM DECISIONS

**1**

## Theodore ABBEY v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit.
June 13, 1928.

No. 5168.

Appeal from the District Court of the United States for the Northern District of Ohio; John M. Killits, Judge.

Walter S. Ruff, of Canton, Ohio, and Grabien & Pilliod, of Cleveland, Ohio, for appellant.

A. E. Bernsteen, U. S. Atty., and Howell Leuck, Asst. U. S. Atty., both of Cleveland, Ohio.

PER CURIAM. Decree of District Court affirmed in part, and reversed in part, and cause remanded for further proceedings.

**2**

## Alfred J. ANDREWS v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit, May 8, 1928.

No. 5140.

In Error to the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge.

Hobbs & Hansen, of Lexington, Ky., and Hogan Yancey, of Lexington, Ky., for plaintiff in error.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

**3**

## James BADALAMENTI v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit, June 30, 1928.

No. 5177.

In Error to the District Court of the United States for the Southern District of Ohio; Benson W. Hough, Judge.

Henry Lavine, of Cleveland, Ohio, for plaintiff in error.

W. B. Bartels, Asst. U. S. Atty., of Columbus, Ohio.

PER CURIAM. Judgment of District Court affirmed.

**4**

## John W. BLODGETT v. Charles HOLDEN, U. S. Collector of Internal Revenue for the Fourth Collection District of Michigan, Revived in Name of Marie Sprague Holden, Executrix of Last Will of Charles Holden, Deceased.

Circuit Court of Appeals, Sixth Circuit. April 13, 1928.

No. 4631.

In Error to the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

Norris, McPherson, Harrington & Waer, of Grand Rapids, Mich., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich., for defendant in error.

PER CURIAM. Judgment of District Court [11 F.(2d) 180] reversed, and cause remanded, etc., upon authority of revised opinion of Supreme Court in this matter, 275 U. S. 142, 276 U. S. 594, 48 S. Ct. 105, 72 L. Ed. ——, filed February 20, 1928, and opinion in Untermyer v. Anderson, 276 U. S. 440, 48 S. Ct. 353, 72 L. Ed. ——, filed April 9, 1928.

**5**

## BURNING CREEK COAL COMPANY, a Corporation, Appellant, v. Mrs. D. M. McCORMICK, Miss Elizabeth McCormick, Miss Charlotte Carter McCormick, Rebecca C. Davis, J. Keene Daingerfield, Henderson Daingerfield Norman, Bessie P. Daingerfield, Juliet P. Daingerfield, Mary J. D. Van Winkle, and Foxhall A. Daingerfield, Appellees.

Circuit Court of Appeals, Fourth Circuit. May 1, 1928.

No. 2712.

Appeal from the District Court of the United States for the Southern District of West Virginia, at Huntington.

F. M. Livezey, of Huntington, W. Va., for appellant.

Henry Simms, of Huntington, W. Va., for appellees.

PER CURIAM. Appeal dismissed, at the cost of appellant. Order filed.